# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CAMERON SOTO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:19-cv-00269-JDL ) |
| KEITH SEYMOUR, et al., | ) ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 15) with the Court on September 20, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b), regarding Defendant Kevin Joyce's Motion to Dismiss (ECF No. 12) and Defendant Keith Seymour's Motion for Judgment on the Pleadings (ECF No. 14). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 15) of the Magistrate Judge is hereby **ACCEPTED** and Defendant Joyce's Motion to Dismiss (ECF No. 12) and Defendant Seymour's Motion for Judgment on the Pleadings (ECF No. 14) are **GRANTED**.

SO ORDERED.

**Dated this 5th day of November, 2019.**

                                                   /s/ Jon D. Levy
                                       **CHIEF U.S. DISTRICT JUDGE**